IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY R. FLANIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-0366 |
| | § | |
| ARRIBA LIMITED, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The plaintiff has timely filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, this action is dismissed without prejudice. The defendant's motion to dismiss, (Docket Entry No. 7), is denied as moot.

SIGNED on April 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge